# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:94CR95-05 |
| KEITH WRIGHT ) | USM No: 11289-058 |
| Date of Previous Judgment: May 30, 1996 ) | Aaron Michel |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 43     Amended Offense Level: 43
Criminal History Category: III     Criminal History Category: III
Previous Guideline Range: Life to ____ months     Amended Guideline Range: Life to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No change in guideline calculations due to the amount of cocaine base (in excess of 4.5 kilograms) involved.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated May 30, 1996 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 3, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge