IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:94-CR-95-05-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEITH DESMOND WRIGHT, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's motion for "reconsideration" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the Court's prior Presentence Investigation Report (Doc. Nos. 297 & 308).

IT IS SO ORDERED.

Signed: July 13, 2009

Frank D. Whitney
United States District Judge