# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:94-CR-95-5-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEITH DESMOND WRIGHT., ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's motion (Doc.#326) for "reconsideration" of sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is DENIED for the reasons stated in the prior Court's Order (Doc. # 318).

**IT IS SO ORDERED:**          Signed: October 13, 2009

Frank D. Whitney
United States District Judge